UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIKRAM DATTA,<br><br>        Plaintiff,<br><br>   -against-<br><br>DEA AGENTS, *et al.*,<br><br>        Defendants. | 1:21-CV-2494 (LTS)<br><br>CIVIL JUDGMENT |

  Pursuant to the order issued August 2, 2021, transferring some of Plaintiff's claims and dismissing the remaining claims,

  IT IS ORDERED, ADJUDGED AND DECREED that the Court dismisses all of Plaintiff's claims, with the exception of those claims that the Court transfers, under the doctrines of sovereign immunity, judicial immunity, prosecutorial immunity, and for failure to state a claim on which relief may be granted. The Court transfers that portion of the complaint that is a second or successive motion under 28 U.S.C. § 2255 to the United States Court of Appeals for the Second Circuit.

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

  Because Plaintiff makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue. *See* 28 U.S.C. § 2253.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   August 2, 2021
         New York, New York

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              Chief United States District Judge